```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0098--CV (JWS)
                         "STEADFAST INSURANCE CO V JADON INC ET AL"

                   Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/06/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
      DEF Diversity: (1) Citizen of This State

     Nature of Suit: (110) Insurance
                     DECLARATORY JUDGMENT
             Origin: (1) Original Proceeding
             Demand: 50
         Filing fee: Paid $250.00 on 05/06/05 receipt # 00125645
           Trial by: Court


Parties of Record:                                    Counsel of Record:

PLF 1.1            STEADFAST INSURANCE CO                Nelson G. Page
                                                         Burr Pease & Kurtz
                                                         810 N Street
                                                         Anchorage, AK 99501
                                                         907-276-6100
                                                         FAX 907-258-2530

DEF 1.1            JADON INC                             Paul L. Davis
                                                         Preston Gates et al
                                                         420 L Street, Suite 400
                                                         Anchorage, AK 99501
                                                         907-868-5000
                                                         FAX 907-868-3908

DEF 2.1            GORDON, MIKE                          Paul L. Davis
                                                         (see above)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0098--CV (JWS)
                       "STEADFAST INSURANCE CO V JADON INC ET AL"

                                   For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/06/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
      DEF Diversity: (1) Citizen of This State

     Nature of Suit: (110) Insurance
                     DECLARATORY JUDGMENT
             Origin: (1) Original Proceeding
             Demand: 50
         Filing fee: Paid $250.00 on 05/06/05 receipt # 00125645
           Trial by: Court


 Document #   Filed       Docket text

     1 -  1   05/06/05    Complaint filed w/att exhs; Summons issued.

     2 -  1   07/08/05    JWS Minute Order that plf file proofs of svc on defs served & serve
                          other defs so as to comply w/FRCvP 4(m). cc: cnsl

     3 -  1   08/10/05    JWS Minute Order re: warning of dismissal for failure to serve; proofs
                          of svc need to be on file or cmplt dism. cc: cnsl

     4 -  1   08/12/05    PLF 1 Notice of filing original acknowledgment of svc of summons &
                          complaint on DEF 1&2 on 7/29/05.

     5 -  1   08/15/05    DEF 1-2 Attorney Appearance of Paul L. Davis.

     6 -  1   09/27/05    JWS Minute Order that plf require ans or apply for dft w/i 20 days re:
                          DEF 1 & 2. cc: cnsl

     7 -  1   10/05/05    DEF 1 Disclosure statement.

     8 -  1   10/05/05    DEF 1-2 Answer and Counterclaim.

     9 -  1   10/05/05    DEF 1-2 motion for summary judgment w/att memo & exh.

    10 -  1   10/14/05    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl

    11 -  1   10/20/05    PLF 1 motion for extension of time to file opposition to summary
                          judgment (FRCP 56(f)) w/att memo.

    12 -  1   10/20/05    PLF 1 opposition to DEF 1-2 motion for summary judgment (9-1) w/att
                          decla & exhs.

    13 -  1   10/26/05    PLF 1 reply to Counterclaim.

    14 -  1   11/02/05    DEF 1-2 non-opposition to PLF 1 motion for extension of time to file
                          opposition to summary judgment (FRCP 56(f))(11-1).

    15 -  1   11/07/05    JWS Minute Order granting motion for extension of time to file
                          opposition to summary judgment (11-1) plf to file its response by
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0098--CV (JWS)
                          "STEADFAST INSURANCE CO V JADON INC ET AL"

                                     For all filing dates

Document #    Filed       Docket text
----------    -----       -----------
                          2/13/06 and is limited to no more than ten pages.  No reply shall be
                          filed to the response at dkt 12 at the present time. Instead any reply
                          shall be filed w/in the time permitted by the local rules.  Counsel
                          shall comply with the order at dkt 10 and file a report by 11/15/05.
                          The parties shall expedite the exchange of information required by FRCP
                          26(a) and the completion of all discovery for plf to respond to the
                          pending mot for sj.  cc: cnsl

   16 -  1   11/15/05     PLF 1; DEF 1-2 Scheduling & Planning Conference Report.

   17 -  1   11/23/05     JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                          05/12/06; Dispositive mots ddln 06/12/06; 4 day TBC estimate. cc: cnsl

   18 -  1   11/28/05     DEF 1-2 motion for immediate appointment of magistrate to hold status
                          conference w/att aff & exhs.
```

Case 3:05-cv-00098-TMB   Document 18   Filed 05/06/2005   Page 3 of 3