MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*FILED DEC 0 1 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy*

STEADFAST INSURANCE CO.     v.     JADON, INC., et al.

THE HONORABLE JOHN W. SEDWICK     CASE NO.  A05-0098 CV (JWS)

Deputy Clerk                       Official Recorder

Pam Richter

APPEARANCES:     for PLAINTIFF:  ----

                 for DEFENDANT:  ----

PROCEEDINGS:     **ORDER FROM CHAMBERS**

---

The motion at docket 18 for a status conference is **GRANTED** as follows:

The assigned district judge will hold a scheduling conference at 9:30 AM on Thursday, December 8, 2005, in Courtroom 3 to schedule depositions which the parties, although all represented by counsel, are unable to accomplish on their own.

Counsel not resident in Anchorage, may attend by telephone. To arrange to do so, contact Ms. Pam Richter at (907) 677-6125 at least two business days in advance of the conference.

The court advises all counsel that it expects civil and reasonable behavior at the conference. Failure to live up to the court's expectation will result in the imposition of sanctions.

The Clerk will please immediately call all local counsel to advise of this order. Local counsel shall immediately call co-counsel not resident in Anchorage to advise of this order.

DATE: December 1, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

*prr ✓12/1/05 t/c notice: N. Page, P. Davis*

A05-0098--CV (JWS)    12-1-05
-----------------------------------------
P. DAVIS
N. PAGE (BURR)

19