FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 3: 38

Nelson G. Page, ASB #7911121
BURR, PEASE & KURTZ
810 N Street
Anchorage, Alaska 99501
Telephone: (907) 276-6100
Facsimile: (907) 258-2530

Lane J. Ashley, SB# 073296
Kristin E. Meredith, SB#112524
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff, Steadfast Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JADON, INC. dba CHILKOOT CHARLIE'S, an ALASKA corporation; MIKE GORDON, an individual and dba GORDON ENTERPRISES, <br><br> Defendants. | Case No. A05-098 CV (JWS) |

MOTION OF NON-RESIDENT ATTORNEY FOR
PERMISSION TO APPEAR AND PARTICIPATE IN THE
UNITED STATES DISTRICT COURT FOR THE STATE OF ALASKA

Pursuant to D.Ak. L.R. 83.1(c), Kristin E. Meredith moves that she be permitted to appear and participate as attorney for Steadfast Insurance Company in this

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

MOTION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE
UNITED STATES DISTRICT COURT FOR THE STATE OF ALASKA          Page 1 of 3
*Steadfast Insurance Company v. Jadon, Inc., et al.*; Case No. A05-098 CI
1018-81\76684

22

action. Applicant, as shown by the certificate annexed hereto, is a member in good standing of the Bar of California, is not a member of the Alaska Bar Association, and is not otherwise disqualified from practicing law in the State of Alaska.

Applicant will be associated with Nelson G. Page of the law firm of Burr, Pease & Kurtz, whose address is 810 N Street, Anchorage, Alaska 99501, and whose telephone is (907) 276-6100. Mr. Page is authorized to practice in the courts of this state.

DATED: October 27, 2005.

_____
KRISTIN E. MEREDITH

### CONSENT TO PARTICIPATION

I hereby consent to the foregoing motion and the granting thereof.

DATED: ~~October~~ November 2, 2005.

_____
Nelson G. Page
ABA #7911121

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

MOTION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE
UNITED STATES DISTRICT COURT FOR THE STATE OF ALASKA                           Page 2 of 3
*Steadfast Insurance Company v. Jadon, Inc., et al.;* Case No. A05-098 CI
1018-81\76684

## ORDER

The foregoing application is hereby granted this 8th day of December, 2005.

*[signature]*

The Honorable John W. Sedwick
United States District Court Judge

CERTIFICATE OF SERVICE

I certify that on the 5th day of December, 2005, a copy of the above and foregoing pleading was served by mail on:

Paul L. Davis, Esq.
Preston, Gates & Ellis
420 L Street, Suite 400
Anchorage, Alaska 99501

*[signature]*
Teresa Wilson

Copies of orders in this action will be served only on LEAD LOCAL COUNSEL who is responsible for notifying non-resident counsel.

A05-0098--CV (JWS)    12-12-05

P. DAVIS
N. PAGE (BURR)
K. MEREDITH

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

MOTION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE
UNITED STATES DISTRICT COURT FOR THE STATE OF ALASKA                    Page 3 of 3
*Steadfast Insurance Company v. Jadon, Inc., et al.;* Case No. A05-098 CI
1018-81\76684