FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 PM 3: 07

1  Paul L. Davis, ABA No. 7406035
2  PRESTON GATES & ELLIS, LLP
   420 L Street, Suite 400
3  Anchorage, Alaska 99501
   (907) 276-1969
4  (907) 276-1365 (fax)

5  Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STEADFAST INSURANCE COMPANY,

No. A05-098 CV (JWS) (JKS)

Plaintiff,

v.

JADON, INC. dba CHILKOOT CHARLIE'S, an ALASKA corporation; MIKE GORDON, an individual and dba GORDON ENTERPRISES,

Defendants.

**DEFENDANTS' NON-OPPOSITION TO MOTION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE U.S.D.C. FOR THE STATE OF ALASKA (ASHLEY)**

COME NOW, the Defendants, by and through Paul L. Davis of Preston Gates & Ellis LLP, and hereby files its non-opposition to the Motion of Non-Resident Attorney (Lane J. Ashley) for Permission to Appear and Participate.

DATED this 7th day of December, 2005.

PRESTON GATES & ELLIS LLP

By _____
Paul L. Davis, #7406035
Attorneys for Defendants

1

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-1969
FACSIMILE: (907) 276-1365

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on December 7, 2005, a true copy of the foregoing was served
3  by mail/hand delivery on:

4  Nelson G. Page
   Burr Pease & Kurtz
5  810 N Street
   Anchorage, Alaska 99501

6  Lane J. Ashley
   Kristin E. Meredith
7  Lewis Brisbois Bisgaard & Smith, LLP
   221 North Figueroa Street, Suite 1200
8  Los Angeles, CA 90012

9  
   _/s/ Linda Rustigan_
10 Linda Rustigan

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-1969
FACSIMILE: (907) 276-1365