FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 PM 3 07

Paul L. Davis, ABA No. 7406035
PRESTON GATES & ELLIS, LLP
420 L Street, Suite 400
Anchorage, Alaska 99501
(907) 276-1969
(907) 276-1365 (fax)

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JADON, INC. dba CHILKOOT CHARLIE'S, an ALASKA corporation; MIKE GORDON, an individual and dba GORDON ENTERPRISES,<br><br>Defendants. | No. A05-098 CV (JWS)<br><br>**DEFENDANTS' NON-OPPOSITION TO MOTION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE U.S.D.C. FOR THE STATE OF ALASKA (MEREDITH)** |

COME NOW, the Defendants, by and through Paul L. Davis of Preston Gates & Ellis LLP, and hereby files its non-opposition to the Motion of Non-Resident Attorney (Kristin E. Meredith) for Permission to Appear and Participate.

DATED this 7th day of December, 2005.

PRESTON GATES & ELLIS LLP

By _____
Paul L. Davis, #7406035
Attorneys for Defendants

1

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-1969
FACSIMILE: (907) 276-1365

24

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2005, a true copy of the foregoing was served by mail/hand delivery on:

Nelson G. Page
Burr Pease & Kurtz
810 N Street
Anchorage, Alaska 99501

Lane J. Ashley
Kristin E. Meredith
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012

*/s/ Linda Rustigan*
Linda Rustigan

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-1969
FACSIMILE: (907) 276-1365