Nelson G. Page, ASB #7911121
BURR, PEASE & KURTZ
810 N Street
Anchorage, Alaska 99501
Telephone: (907) 276-6100
Facsimile: (907) 258-2530

Lane J. Ashley, SB# 073296
Kristin E. Meredith, SB# 112524
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff, Steadfast Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STEADFAST INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JADON, INC. dba CHILKOOT CHARLIE'S, an ALASKA corporation; MIKE GORDON, an individual and dba GORDON ENTERPRISES,<br><br>　　　　　　Defendants. | Case No. A05-098 CV |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between all parties who have

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STIPULATION FOR DISMISSAL WITH PREJUDICE
Steadfast Insurance Company v. Jadon, Inc., d/b/a Chilkoot Charlie's, et al; Case No. A05-098 CV
Page 1 of 2
82259/1018-81

appeared in this action that this action may be dismissed with prejudice and each party to bear their own costs and attorney's fees.

DATED at Anchorage, Alaska this 20th day of March, 2006.

> Burr, Pease & Kurtz
> Attorneys for Plaintiff
>
> _____
> Nelson G. Page
> Alaska Bar #7911121

DATED at Anchorage, Alaska this 13 day of March, 2006.

> Preston, Gates & Ellis
> Attorneys for Defendants
>
> _____
> Paul L. Davis
> Alaska Bar #7406035

Certificate of Service

I hereby certify that on March 24th, 2006,
A copy of the foregoing Stipulation for
Dismissal with Prejudice was served
Electronically on Paul L. Davis.

s/Nelson G. Page

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

STIPULATION FOR DISMISSAL WITH PREJUDICE
Steadfast Insurance Company v. Jadon, Inc., d/b/a Chilkoot Charlie's, et al; Case No. A05-098 CV
Page 2 of 2
82259/1018-81

Nelson G. Page, ASB #7911121
BURR, PEASE & KURTZ
810 N Street
Anchorage, Alaska 99501
Telephone: (907) 276-6100
Facsimile: (907) 258-2530

Lane J. Ashley, SB# 073296
Kristin E. Meredith, SB# 112524
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff, Steadfast Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| STEADFAST INSURANCE COMPANY, Plaintiff, v. JADON, INC. dba CHILKOOT CHARLIE'S, an ALASKA corporation; MIKE GORDON, an individual and dba GORDON ENTERPRISES, Defendants. | Case No. A05-098 CV |
|---|---|

**(PROPOSED) ORDER GRANTING**
<u>**STIPULATION FOR DISMISSAL WITH PREJUDICE**</u>

IT IS SO ORDERED that this matter is dismissed with prejudice pursuant to the stipulation signed by the parties.

(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
<u>Steadfast Insurance Company v. Jadon, Inc., d/b/a Chilkoot Charlie's, et al;</u> Case No. A05-098 CV
Page 1 of 2

82268/1018-81

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

DATED: _____, 2006.

                                                                                   _____
                                                                                  The Honorable John W. Sedwick
                                                                                  United States District Court Judge

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET
ANCHORAGE, AK 99501
(907) 276-6100

(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
Steadfast Insurance Company v. Jadon, Inc., d/b/a Chilkoot Charlie's, et al; Case No. A05-098 CV
Page 2 of 2
82268/1018-81