IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STEADFAST INSURANCE COMPANY,<br><br>     Plaintiff,<br><br> v.<br><br>JADON, INC. dba CHILKOOT CHARLIE'S, an ALASKA corporation; MIKE GORDON, an individual and dba GORDON ENTERPRISES,<br><br>     Defendants. | Case No. 3:05-cv-098 TMB |

**ORDER GRANTING**
**<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

IT IS ORDERED that this matter is dismissed with prejudice pursuant to the stipulation signed by the parties.

DATED: March 28, 2006.

               <u>/s/ Timothy M. Burgess</u>
               TIMOTHY M. BURGESS
               United States District Court Judge